UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )    **CASE NO. 22CR665JLS**

        Plaintiff, )

            vrs. )    ORDER

Fernando Rios et al, )

        Defendants. )
_____)

    Upon review of the request by the parties and GOOD CAUSE APPEARING, the motion hearing/trial setting date is continued from April 15, 2022 to June 10, 2022 at 1:30 p.m. as to all defendants.   For the reasons set forth in the joint motion, the Speedy Trial Act is tolled to that date in the interest of justice.

    Acknowledgment of Next Court Date shall be filed by Defendant Fernando Rios by April 22, 2022.

    SO ORDERED.

DATED:  April 13, 2022

_____
Honorable Janis L. Sammartino
United States District Judge