**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITEDSTATES OF AMERICA, | ) | No. 22-cr-665-JLS |
| | ) | |
| Plaintiffs, | ) | **ORDER TO CONTINUE MOTION** |
| | ) | **HEARING/TRIAL SETTING** |
| vs. | ) | |
| | ) | |
| FERNANDO RIOS (1), | ) | |
| ANDREA CORONA AYALA (4), | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | | |

Pursuant to joint motion, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting presently set for JUNE 10, 2022 at 1:30 PM be continued to JULY 15, 2022 at 1:30 PM. Defendant Rios shall file an acknowledgement of the new hearing date by June 17, 2022.

It is further ordered that the time between the filing of this joint motion until JULY 15, 2022, is excludable under the Speedy Trial Act under 18 U.S.C. Section 3161(h)(1)(D).

IT IS SO ORDERED.

Dated:  June 7, 2022

Hon. Janis L. Sammartino
United States District Judge