UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. 22CR0665JLS |
| Plaintiff, | ) | |
| | ) | |
| v | ) | ORDER CONTINUING |
| | ) | MOTION HEARING/ |
| Fernando Rios (1), | ) | TRIAL SETTING |
| Andrea Stephanie Corona Ayala (4), | ) | |
| | ) | |
| Defendants. | ) | |

Upon review of the joint motion by the parties and GOOD CAUSE APPEARING, the motion hearing/trial setting shall be continued from July 15, 2022 to August 5, 2022, at 1:30 p.m. Defendants released on bond shall file an Acknowledgment of Next Court Appearance within 10 days of this Order.

For reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting this continuance, and these outweigh the interest of the public and the defendant in a speedy trial.

/ / /

/ / /

The delay occasioned by this continuance is excludable pursuant to 18 U.S.C. section 3161(h)(7)(A) of the Speedy Trial Act.

SO ORDERED.

Dated: July 13, 2022

Hon. Janis L. Sammartino
United States District Judge