1
2
3
4
5
6

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. 22CR0665JLS |
| Plaintiff, | ) | |
| | ) | |
| v | ) | ORDER CONTINUING |
| | ) | MOTION HEARING/ |
| Fernando Rios (1), | ) | TRIAL SETTING |
| Andrea Stephanie Corona Ayala (4), | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Upon review of the joint motion by the parties and GOOD CAUSE APPEARING, the motion hearing/trial setting shall be continued from August 5, 2022 to September 30, 2022, at 1:30 p.m.  Defendants released on bond shall file acknowledgments of the new hearing date within 10 days of this Order.

For reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting this continuance, and these outweigh the interest of the public and the defendant in a speedy trial.

/ / /

The delay occasioned by this continuance is excludable pursuant to 18 U.S.C. section 3161(h)(7)(A) of the Speedy Trial Act.

SO ORDERED.

Dated:  August 3, 2022

Hon. Janis L. Sammartino
United States District Judge